# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| NICHLOS LONGWORTH WARREN, III, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV411-230 |
| GEORGIA DEPARTMENT OF CORRECTIONS & DR. AWIE, *Coastal State Prison*, | ) ) ) ) | |
| Defendants. | ) | |

## O R D E R

After a careful de novo review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to

which no objections have been filed. Accordingly, the Report and

Recommendation of the Magistrate Judge is adopted as the opinion of the

Court.

SO ORDERED this 24th day of October , 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA